## (September 29, 1980)

■ ROSE BASS, Appellant, v CITY OF NEW YORK, Respondent.—In a negligence action to recover damages for personal injuries, plaintiff appeals, on the ground of inadequacy, from a judgment of the Supreme Court, Kings County, entered April 17, 1979, which is in her favor, in the principal sum of $2,250, upon a jury verdict (following an apportionment of the $4,500 verdict as to damages at 50% against plaintiff and 50% against defendant). Judgment reversed, on the law, and new trial granted limited to the issue of damages only, with costs to abide the event, unless, within 30 days after service upon defendant of a copy of the order to be made hereon, together with notice of entry thereof, defendant shall serve and file in the office of the clerk of the trial court a written stipulation consenting to increase the verdict as to damages to $10,000 and to the entry of an amended judgment in favor of plaintiff in the principal sum of $5,000 (following apportionment). In the event defendant so stipulates, then the judgment, as so amended and increased, is affirmed, without costs or disbursements. The verdict as to damages was inadequate to the extent indicated. Hopkins, J. P., O'Connor, and Weinstein, JJ., concur; Mangano, J., dissents and votes to affirm the judgment.

■ DEAN TARRY CORP., Respondent, v STANLEY L. FRIEDLANDER et al., Constituting the Planning Board of the Village of Tarrytown, Appellants.— In a proceeding pursuant to CPLR article 78 to review a determination of the Planning Board of the Village of Tarrytown disapproving petitioner's application for site plan approval, the appeal is from a judgment of the Supreme Court, Westchester County, dated March 31, 1980, which granted the petition, vacated and set aside the determination of the planning board and deemed the site plan to have been approved. Judgment reversed, on the law, without costs or disbursements, proceeding dismissed, and matter remitted to the Planning Board of the Village of Tarrytown to make findings of fact in support of its determination. Petitioner initiated this article 78 proceeding to review and annul the decision of the planning board that, by a 3 to 2 vote, disapproved its site development plan for the construction of a six-story apartment building. Unfortunately the board failed to render findings, a prerequisite to a review of its determination. Therefore, the instant matter is remitted to the planning board to make the findings of fact which underlie its determination. Mollen, P. J., Lazer, Cohalan and Margett, JJ., concur. [103 Misc 2d 435.]